JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com

*Attorney for Defendant*
*Thermo Fisher Scientific, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLI WINDERS,<br><br>        Plaintiff,<br><br>vs.<br><br>THERMO FISHER SCIENTIFIC, INC.,<br><br>        Defendant. | Case No.: 2:23-cv-00496-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff NICOLI WINDERS, by and through her counsel, Law Offices of Robert P. Spretnak, and Defendant THERMO FISHER SCIENTIFIC, INC., by and through its counsel, Jackson Lewis P.C., hereby stipulate to the Dismissal with

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Prejudice of this action, including all claims herein against all parties, with each party to bear her and its own attorneys' fees and costs.

DATED this 9th day of April, 2025.

| LAW OFFICES OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
|---|---|
| */s/ Robert P. Spretnak, Esq.*_____ <br> ROBERT P. SPRETNAK, ESQ. <br> Nevada Bar No. 5134 <br> 8275 S. Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89102 | */s/ Joshua A. Sliker*_____ <br> JOSHUA A. SLIKER, ESQ <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Nicoli Winders* | *Attorneys for Defendant Thermo Fisher Scientific, Inc.* |

**IT IS SO ORDERED**.

**DATED**: this 10th day of April, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**